■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIE MEI CHEN, Appellant. [707 NYS2d 858] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Finnegan, J.), rendered August 19, 1997, convicting him of kidnapping in the first degree (three counts), burglary in the first degree, robbery in the first degree (two counts), and unlawful imprisonment in the second degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was insufficient to establish his guilt beyond a reasonable doubt is unpreserved

for appellate review (see, CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (see, *People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

There is no merit to the defendant's contention that the court erred in denying his request for a missing witness charge. The defendant failed to establish that the alleged missing witness, if produced at trial, would have offered anything other than cumulative testimony (see, *People v Macana,* 84 NY2d 173, 177; *People v Gonzalez,* 68 NY2d 424; *People v Pierre,* 149 AD2d 740).

The sentence imposed was not excessive (see, *People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Santucci, J. P., Joy, Sullivan and Altman, JJ., concur.